JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEJO MARTINEZ,

     Petitioner,

v.

TODD M. LYONS, et al.,

     Respondents.

Case No. 5:26-cv-01795-KES

**JUDGMENT**

     Pursuant to the Court's Order Denying Petition, IT IS ADJUDGED that the Petition is denied.

DATED: <u>May 7, 2026</u>

     *Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE